UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

EDERY HERRERA, on behalf of himself and
all other persons similarly situated,

                         Plaintiff,               24-CV-06730 (DEH)(SN)

       -against-                            **ORDER**

THE HUMAN BEAUTY MOVEMENT, PBC,

                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff filed a complaint on September 4, 2024. ECF No. 1. Defendant was served on October 7, 2024. ECF No. 7. To date, Defendant has not yet appeared. Plaintiff is ORDERED to file a letter by November 4, 2024, indicating whether Plaintiff has had any contact with Defendant or whether Plaintiff intends to seek a Certificate of Default from the Clerk of Court and move for default judgement.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:     October 29, 2024
                New York, New York